**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 24-1112**

————————————

YASSIR ABDALLA,

        Plaintiff - Appellant,

     v.

PRINCE WILLIAM COUNTY DEPARTMENT OF TRANSPORTATION,

        Defendant - Appellee.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:23-cv-01447-RDA-JFA)

————————————

Submitted:  June 25, 2024                            Decided:  June 27, 2024

————————————

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Yassir Abdalla, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yassir Abdalla appeals the district court's order dismissing his complaint without prejudice for failure to comply with the court's prior order to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Abdalla v. Prince William Cnty. Dep't of Transp.*, No. 1:23-cv-01447-RDA-JFA (E.D. Va. Jan. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
